United States District Court
Eastern District Of New York
------------------------------------------------------------------------X
Shri Radha Krishna Mandir Inc.,

      Plaintiff,

                - - against - -
Shree Radha Krishna, LLC, Nadira Sharma, and
Woodbury Asset Management Inc.,

      Defendants.

------------------------------------------------------------------------X

Case №

**26-cv-00729-RER-LKE**

Plaintiff Shri Radha
Krishna Mandir Inc.
Notice Of Appearance
By Steven Biolsi

Plaintiff Shri Radha Krishna Mandir Inc. further appears by Steven Alexander

Biolsi, of Biolsi Law Group P.C., as one of the attorneys for Plaintiff in this action

and adds himself as co-counsel in this action.  All future correspondence and

service of documents to or upon the plaintiff in this action should be sent to the

Biolsi Law Group P.C. as it appears in the signature block below (that being the

identical information as lead counsel Joseph Jacobson but for name and email

address).

Dated:      New York, New York
              April 16, 2026

Biolsi Law Group P.C.

_____
By: Steven Alexander Biolsi
Attorney for Plaintiff Shri Radha Krishna Mandir Inc.
111 Broadway, Suite 606
New York, NY, 10006
212-706-1385
Fax 718-504-6427 (for Court's use Only)
sabiolsi@sabiolsi.com