**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Shri Radha Krishna Mandir Inc.,

                    Plaintiff,

      -against-

Shree Radha Krishna LLC, Nadira Sharma,
Woodbury Asset Management Inc.,

                    Defendants.
---------------------------------------------------------------X

**ORDER**

26-CV-00729 (RER) (LKE)

**RAMÓN E. REYES, JR., District Judge:**

On February 10, 2026, defendant Woodbury Asset Management Inc. filed a Notice of Removal seeking to remove the civil action entitled *Shri Radha Krishna Mandir Inc. v. Shree Radha Krishna, LLC, Nadira Sharma and Woodbury Asset Management Inc.*, Index No. 738050/2025 from the Supreme Court of the State of New York, Queens County to this Court for subsequent referral to the United States Bankruptcy Court for the Eastern District of New York as a matter related to *In re Shri Radha Krishna Mandir Inc. a/k/a Shree Radha Krishna LLC d/b/a Shree Radka Krishna Mandir Inc.*, Case No. 26-40076 (Bankr. E.D.N.Y.). (ECF No. 1 at 1). On April 16, 2026, Plaintiff opposed referral to bankruptcy court. (ECF No. 6).

On July 14, 2026, Plaintiff withdrew their opposition in its entirety and stated that they "immediately and unconditionally consent[] to the referral of this action to the United States Bankruptcy Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a) and this District's Standing Order of Reference (Aug. 25, 1986, as amended Dec. 5, 2012), as related to the Temple's pending chapter 11 case, without further briefing

or delay." (ECF No. 8 at 1). Plaintiff further consented "under 28 U.S.C. § 157(c)(2) to the entry of final orders and judgment by the bankruptcy judge." (*Id.*)

Accordingly, the Clerk of Court is hereby directed to refer this case to the United States Bankruptcy Court for the Eastern District of New York, as related to *In re Shri Radha Krishna Mandir Inc. a/k/a Shree Radha Krishna LLC d/b/a Shree Radka Krishna Mandir Inc.*, Case No. 26-40076 (Bankr. E.D.N.Y.).

The Clerk of Court is respectfully directed to close this case.


SO ORDERED.


/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: July 16, 2026
        Brooklyn, New York

2